McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants COUNTY OF FRESNO, THOMAS GATTIE and FRANCES DEVINS (erroneously sued and served herein a FRANCIS DEVINS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JIMMY L. ROBNETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, A Public Entity, THOMAS GATTIE, An Individual; FRANCIS DEVINS, An Individual; and DOES 1 through 50, inclusive.<br><br>　　　　Defendants. | Case No. 1:12-cv-01924-LJO-GSA<br><br>**STIPULATION AND ORDER RE TRIAL DATE**<br><br>Judge:   Hon. Lawrence J. O'Neill<br><br>Trial Date: January 6, 2015 |

The parties have further met and conferred and hereby request that the current trial date of January 6, 2015 be rescheduled such that the trial in this matter start on January 13, 2015.  All other dates in the Court's Scheduling Conference Order shall remain the same.

Dated:  June 4, 2013　　　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD,
　　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP


　　　　　　　　　　　　　　　　　　　By:　　／s/ Mart B. Oller IV
　　　　　　　　　　　　　　　　　　　　　　　Mart B. Oller IV
　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF FRESNO,
　　　　　　　　　　　　　　THOMAS GATTIE and FRANCES DEVINS
　　　　　　　　　　　　　(erroneously sued and served herein a FRANCIS
　　　　　　　　　　　　　　　　　　　　DEVINS)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1:12-cv-01924-LJO-GSA

STIPULATION RE TRIAL DATE

Dated: June 4, 2013                                           THE DIAZ LAW FIRM


By: /s/ Maria G. Diaz
Maria G. Diaz
Attorneys for Plaintiff JIMMY L. ROBNETT


**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the trial date in this matter currently set for January 6, 2015 is rescheduled such that the trial shall commence on January 13, 2015 at 8:30 a.m. in Courtroom 4 before District Court Judge Lawrence J. O'Neill.  All other dates and deadlines in the Court's Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 4, 2013**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2                                                    1:12-cv-01924-LJO-GSA
STIPULATION RE TRIAL DATE