María G. Díaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone:  (559) 321-8880
Facsimile:  (559) 321-8878
Maria@mdiazlaw.com
Kirby@mdliazlaw.com

Nathan Goldberg, SBN 61292
**ALLRED, MAROKO, GOLDBERG**
6300 Wilshire Blvd, Suite 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530
Facsimile:  (323) 653-1661
NGoldberg@amglaw.com

**Attorneys for PLAINTIFF, JIMMY L. ROBNETT**

Mart B. Oller IV, SBN 149186
**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile:  (559) 433-2300
Marty.Oller@mccormickbarstow.com

**Attorneys for DEFENDANTS, COUNTY OF FRESNO, THOMAS GATTIE AND FRANCES DEVINS (erroneously sued as Francis Devins)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. ROBNETT, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, A Public Entity; THOMAS GATTIE, An Individual; FRANCES DEVINS,, An Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:12-cv-01924-LJO-GSA<br><br>**ORDER EXTENDING DISCOVERY DEADLINES**<br><br>Judge: Gary S. Austin<br>U.S. Magistrate Judge<br><br>Trial: January 13, 2015 |

1 For good cause shown, the Court adopts the parties' stipulation (Doc. 31) extending the non-expert discovery, expert disclosure, and supplemental expert disclosure deadlines set forth in the Court's scheduling conference order, as follows:

1. The Non-Expert Discovery deadline is extended to June 30, 2014;
2. The Expert Disclosure deadline is extended to June 10, 2014;
3. The Supplemental Expert Disclosure deadline is extended to July 10, 2014.

IT IS SO ORDERED.

Dated:   **March 25, 2014**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE