1  María G. Díaz, SBN 220087
   Kirby Fernando Cañon, SBN 276414
2  **THE DIAZ LAW FIRM**
   7045 N. Maple Ave., Suite 107
3  Fresno, California 93720
   Telephone:  (559) 321-8880
4  Facsimile:   (559) 321-8878
   Maria@mdiazlaw.com
5  Kirby@mdliazlaw.com

6
   Nathan Goldberg, SBN 61292
7  **ALLRED, MAROKO, GOLDBERG**
   6300 Wilshire Blvd, Suite 1500
   Los Angeles, CA 90048
8  Telephone: (323) 653-6530
   Facsimile:  (323) 653-1661
9  NGoldberg@amglaw.com

10 **Attorneys for PLAINTIFF, JIMMY L. ROBNETT**
   No Filing Fee Required
11 Pursuant to 38 U.S.C. §4323(h)(1)

12
13                     **UNITED STATES DISTRICT COURT**
14                     **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| JIMMY L. ROBNETT, an Individual; | CASE NO. 1:12-cv-01924-LJO-GSA |
| Plaintiff, | **ORDER RE. PARTIES' STIPULATION TO EXTEND DISCOVERY DEADLINES AND TRIAL & TRIAL-RELATED DATES** |
| v. | |
| COUNTY OF FRESNO, A Public Entity; THOMAS GATTIE, An Individual; FRANCES DEVINS,, An Individual; and DOES 1 through 50, inclusive, | **(Doc. 33)** |
| Defendants. | |

Based on the parties' stipulation filed as Doc. 33 and for good cause shown, the Court extends discovery deadlines as well as trial and trial-related dates as follows:

1. Non-Expert Discovery Cut-Off to September 30, 2014;
2. Expert Disclosures to September 10, 2014;
3. Supplemental Expert Disclosures to October 10, 2014;
4. Expert Discovery Cut-Off to October 30, 2014;
5. Pre-Trial Motion Filing Deadline to November 5, 2014;
6. Pre-Trial Hearing Deadline to December 16, 2014;
7. Pre-Trial Conference to February 12, 2015 at 8:15 a.m.; and
8. Trial to April 14, 2015.

IT IS SO ORDERED.

Dated: **June 10, 2014**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE