María G. Díaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone:  (559) 321-8880
Facsimile:   (559) 321-8878
Maria@mdiazlaw.com
Kirby@mdliazlaw.com

Nathan Goldberg, SBN 61292
**ALLRED, MAROKO, GOLDBERG**
6300 Wilshire Blvd, Suite 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530
Facsimile:   (323) 653-1661
NGoldberg@amglaw.com

**Attorneys for PLAINTIFF, JIMMY L. ROBNETT**

No Filing Fee Required
Pursuant to 38 U.S.C. §4323(h)(1)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. ROBNETT, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, A Public Entity; THOMAS GATTIE, An Individual; FRANCES DEVINS,, An Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:12-cv-01924-LJO-GSA<br><br>**ORDER RE. STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>U.S. Magistrate Judge Austin<br>Trial: January 13, 2015 |

1  The Court adopts the parties' stipulation for an extension of the non-expert
2 discovery deadline based on the good cause shown therein.  Accordingly, the scheduling
3 order is amended as follows:
4  1. The Non-Expert Discovery Cut-Off is extended by three weeks to October 21, 2014 for
5  the sole purposes of taking the depositions of John Reynolds, Robert Kandarian,
6  Jennifer Horton, Steve Wilkins and Margaret Mims.

IT IS SO ORDERED.

Dated:   **September 17, 2014**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE