McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants COUNTY OF FRESNO, THOMAS GATTIE and FRANCES DEVINS (erroneously sued and served herein as FRANCIS DEVINS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JIMMY L. ROBNETT,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF FRESNO, A Public Entity, THOMAS GATTIE, An Individual; FRANCIS DEVINS, An Individual; and DOES 1 through 50, inclusive.<br><br>   Defendants. | Case No. 1:12-cv-01924-LJO-GSA<br><br>**ORDER RE: DISCOVERY STIPULATION**<br><br>**(Doc. 38)**<br><br>Magistrate Judge:  Gary S. Austin<br><br>Trial  April 14, 2015 |

Based on the parties' stipulation filed as Doc. 38, **IT IS HEREBY ORDERED** that the Scheduling Order be amended as follows:

1. The discovery cutoff is extended to October 21, 2014 for the sole purposes of taking the depositions of John Reynolds, Robert Kandarian, Jennifer Horton, Steve Wilkins, Margaret Mims, John Zanoni in his capacity as a person most knowledgeable, and Kevin Draughon.

IT IS SO ORDERED.

   Dated:   **September 29, 2014**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

29253-00192 3097985.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

29253-00192 3097985.1

2

[PROPOSED] JOINT ORDER