# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. ROBNETT, an Individual;<br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, A Public Entity; THOMAS GATTIE, An Individual; FRANCES DEVINS,, An Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-01924-LJO-EPG<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

Based upon the Parties' Stipulation, Doc. 63, Plaintiff Jimmy L. Robnett's complaint and entire action in *Robnett v. County of Fresno, et. al.*, Case No.: 1:12-cv-01924-LJO-EPG is dismissed with prejudice.  Each party to bear its own attorney's fees and costs.

The Clerk of Court is directed to CLOSE THE CASE.

IT IS SO ORDERED.

   Dated:   **November 13, 2015**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

-1-